# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL B. BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL CREDIT SERVICES, LLC,<br><br>Defendant. | Case No.: 1:18-cv-05138<br><br>Honorable Judge Robert W. Gettleman |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MICHAEL B. BROOKS and the Defendant, RADIUS GOLBAL SOLUTIONS, LLC f/k/a CENTRAL CREDIT SERVICES, LLC, through their respective counsel and pursuant to Federal of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Dated: January 2, 2019

MICHAEL B. BROOKS

*/s/ Marwan R. Daher*
Marwan R. Daher
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com

Respectfully Submitted,

RADIUS GLOBAL SOLUTIONS, LLC f/k/a
CENTRAL CREDIT SERVICES, LLC

*/s/ Andrew E. Cunningham (with consent)*
Andrew E. Cunningham
*Counsel for Defendant*
Sessions, Fishman, Nathan & Israel, LLC
141 West Jackson Boulevard, Suite 3550
Chicago, Illinois 60604
Phone: (312) 578-0990
acunningham@sessions.legal

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                                       *s/ Marwan R. Daher*
                                                                       Marwan R. Daher